## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SHELTER MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | Case No: CIV-22-242-J |
| (1) MARCUS STEPHENS, <br> (2) JAMES LICHLITER, as surviving spouse of LUCINDA LICHLITER, deceased, <br> (3) MONTANA LICHLITER, <br> (4) MICHAEL DENNY, <br> (5) DENISE DENNY, <br> (6) JANICE KEENER, <br> (7) ANTHONY BARRETT, <br> (8) JOHN SPURLOCK, <br> (9) STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., as subrogee of Michael Denny, and/or ACAR LEASING, LTD. , <br> (10)   ALLSTATE FIRE and CASUALTY INSURANCE COMPANY, as subrogee of Janice Keener and Anthony Barrett, and <br> (11)   CITY OF OKLAHOMA CITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **DISCLAIMER OF INTEREST**

COMES NOW Defendant, State Farm Mutual Automobile Insurance Company, as insurance carrier for Michael Denny, by and through its attorney of record, Eric J. Begin, of Starr, Begin, and King, PLLC, and hereby disclaims any interest, lien, right, or other interest in the above-captioned matter.

Respectfully submitted,

**STARR, BEGIN & KING, PLLC**

s/Eric J. Begin_____
Eric J. Begin, OBA #15671
Bradley E. Bowlby, OBA #22847
1800 S. Baltimore Ave., Ste 550
Tulsa, Oklahoma 74119
Tele:   (918) 872-0372/0374
Fax:    (918) 872-0381
Email: eric.begin@tulsalawyer.org
          brad.bowlby@tulsalawyer.org
*Attorneys for Defendant State Farm*

## CERTIFICATE OF MAILING

I hereby certify that on this, the _____day of _April_, 2022, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Rodney D. Stewart, OBA #15105
Stewart Law Firm
rds@rstwartlaw.com
*Attorney for Plaintiff*

s/Eric J. Begin_____

247/149/disclaimer – WDOkla./wm